AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT
2014 MAR 33  AM 11:33
TX EASTERN-MARSHA
BY_____

| | | |
|---|---|---|
| PENOVIA LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:14-cv-237 |
| SONY ELECTRONICS INC. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Electronics Inc.
c/o Corporation Service Company
2700 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   3/18/14

*David Maland*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-237

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sony Electronics, Inc.
was received by me on *(date)* 03/26/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served certified mail RRR# 7012 3050 0000 7064 1769.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/31/2014

*Rachel Spangler*
*Server's signature*

Rachel Spangler Legal Assistant
*Printed name and title*

208 N. Green Street, Suite 300
Longview, TX 75601

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sony Electronics, Inc.
   c/o Corporation Service Company
   2711 Centerville Road, Ste. 400
   Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _William L. O[?]_  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 3/26

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 7064 1769

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19808

| | |
|---|---|
| Postage | $1.40 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.40 |

Postmark: MAR 2014, 03/24/2014

Sent To: Sony Electronics Inc.
Street, Apt. No.; or PO Box No.: c/o Corporation Service Company
2700 Centerville Road, Suite 400
City, State, ZIP+4: Wilmington, Delaware 19808

7012 3050 0000 7064 1769